1  McGREGOR W. SCOTT
   United States Attorney

2

3  PAUL S. HAM
   Trial Attorney, Tax Division
   United States Department of Justice
4  P.O. Box 683, Ben Franklin Station
   Washington, DC  20044-0683
5  Telephone: (202) 307-6421
   Facsimile: (202) 307-0054
6
   Attorneys for the United States of America
7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10 | CTC REAL ESTATE SERVICES,                                    | Civil No. 1:05-CV-01259-OWW-DLB
11 |                                                              |
   |         Plaintiff,                                           | [Merced County Superior Court Case No.
12 |                                                              | 148759]
   |     v.                                                       |
13 |                                                              | **UNITED STATES' EX-PARTE
   | ALL CLAIMANTS TO SURPLUS FUNDS                               | APPLICATION FOR EXTENSION
14 | AFTER TRUSTEES SALE ON REAL                                  | OF TIME TO RESPOND TO
   | PROPERTY LOCATED AT 407 WARD                                 | COMPLAINT, and ORDER**
15 | ROAD, LOS BANOS, CALIFORNIA 93635,                           |
   |                                                              |
16 |         Defendants.                                          |

17      Defendant United States of America applies to this Court for an extension of time to respond to

18 the complaint recently removed to this Court from the Superior Court of California, Sacramento

19 County.

20      1.    On or about August 15, 2005, Plaintiff filed its Petition and Declaration Regarding

21 Unresolved Claims and Deposit of Undistributed Surplus Proceeds of Trustee's Sale (hereinafter,

22 "Complaint"), case no. 148759, in Merced County Superior Court (a copy of the Complaint is

23 attached).  Plaintiff, in its Complaint, alleges that defendants are potential claimants to surplus proceeds,

24 in the amount of $167,631.01, that were generated after Plaintiff, as trustee, sold certain real property

25 located in Mammoth, California.  The United States Department of Justice, Tax Division received a

26 copy of the Complaint on or about September 12, 2005.

27

28

US' APPLICATION                    - 1 -                                         1367502.1

2. Fed. R. Civ. P. 81(c) requires that a response to a complaint be filed within 20 days of receipt of the complaint and within 5 days of the removal of the action to District Court, whichever is longer. Thus, if the pleading had been filed originally in this court, the United States would have had 60 days from the date of service on the United States Attorney's Office to respond. Fed. R. Civ. P. 12(a)(3)(A). However, the proper United States was not properly served.[1]

3. Accordingly, the United States requests a reasonable amount of time, until November 30, 2005, to file an answer or otherwise respond to the Complaint.

DATED this 30th day of September, 2005.

McGREGOR W. SCOTT
United States Attorney

/s/ - Paul Ham
PAUL S. HAM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6421
Facsimile: (202) 307-6421

Attorneys for the United States

---

[1] Plaintiff neither served the United States Attorney's Office for the Eastern District of California nor the United States Attorney General as required by 28 U.S.C. § 2410(b). See Service List (Attachment 8), attached to Complaint.

US' APPLICATION — - 2 - — 1367502.1

**ORDER**

IT IS HEREBY ORDERED THAT the United States has through and including November 30, 2005, in which to serve a response to the Complaint.

/s/ OLIVER W. WANGER

Date: _October 14, 2005.   _____
UNITED STATES DISTRICT JUDGE