McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6421
Facsimile: (202) 307-0054

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CTC REAL ESTATE SERVICES,<br><br>            Plaintiff,<br><br>      v.<br><br>ALL CLAIMANTS TO SURPLUS FUNDS AFTER TRUSTEES SALE ON REAL PROPERTY LOCATED AT 407 WARD ROAD, LOS BANOS, CALIFORNIA 93635,<br><br>            Defendants. | Civil No. 1:05-CV-01259-OWW-DLB<br><br>[Merced County Superior Court Case No. 148759]<br><br>**UNITED STATES' EX-PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT, and ORDER** |

Defendant United States of America applies to this Court for an extension of time to respond to the complaint recently removed to this Court from the Superior Court of California, Sacramento County.

1.       On or about August 15, 2005, Plaintiff filed its Petition and Declaration Regarding Unresolved Claims and Deposit of Undistributed Surplus Proceeds of Trustee's Sale (hereinafter, "Complaint"), case no. 148759, in Merced County Superior Court (a copy of the Complaint is attached).  Plaintiff, in its Complaint, alleges that defendants are potential claimants to surplus proceeds, in the amount of $167,631.01, that were generated after Plaintiff, as trustee, sold certain real property located in Mammoth, California.  The United States Department of Justice, Tax Division received a copy of the Complaint on or about September 12, 2005.

US' APPLICATION                            - 1 -                            1367502.1

1    2.    Fed. R. Civ. P. 81(c) requires that a response to a complaint be filed within 20 days of

2    receipt of the complaint and within 5 days of the removal of the action to District Court, whichever is

3    longer.  Thus, if the pleading had been filed originally in this court, the United States would have had 60

4    days from the date of service on the United States Attorney's Office to respond.  Fed. R. Civ. P.

5    12(a)(3)(A).  However, the proper United States was not properly served.[1]

6    3.    Accordingly, the United States requests a reasonable amount of time, until November

7    30, 2005, to file an answer or otherwise respond to the Complaint.

8

9    DATED this 30th day of September, 2005.

10

11                                    McGREGOR W. SCOTT
                                      United States Attorney

12

13                                    /s/ - Paul Ham_____
                                      PAUL S. HAM
14                                    Trial Attorney, Tax Division
                                      U.S. Department of Justice
15                                    P.O. Box 683
                                      Ben Franklin Station
16                                    Washington, D.C. 20044
                                      Telephone:  (202) 307-6421
17                                    Facsimile:  (202) 307-6421

18                                    Attorneys for the United States

19

20

21

22

23

24

25

26    _____

      [1] Plaintiff neither served the United States Attorney's Office for the Eastern District of California

27    nor the United States Attorney General as required by 28 U.S.C. § 2410(b).  See Service List (Attachment

28    8), attached to Complaint.

US' APPLICATION                    - 2 -                              1367502.1

1

2                                            **ORDER**

3          IT IS HEREBY ORDERED THAT the United States has through and including November 30,

4    2005, in which to serve a response to the Complaint.

5

6                                                  /s/ OLIVER W. WANGER

7    Date: _October 14, 2005.                   _____

8                                               UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

US' APPLICATION                        - 3 -                                    1367502.1