

FILED
FEB 1 6 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2
   PAUL S. HAM
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Ben Franklin Station
5  Washington, D.C. 20044-0683
   Telephone: (202) 307-6421
6  Facsimile: (202) 307-0054

7  Attorneys for the United States of America

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 CTC REAL ESTATE SERVICES,

11         Plaintiff,                        Civil No. 1:05-CV-01259-OWW-DLB

12    v.                                     [Merced County Superior Court Case No. 148759]

13 ALL CLAIMANTS TO SURPLUS FUNDS            UNITED STATES' REQUEST FOR
   AFTER TRUSTEES SALE ON REAL               TRANSFER AND DEPOSIT OF EXCESS
14 PROPERTY LOCATED AT 407 WARD ROAD,        PROCEEDS INTO THIS COURT'S
   LOS BANOS, CALIFORNIA 93635,              REGISTRY, and [Proposed] ORDER
15
16         Defendants.

17

18         The United States, through undersigned counsel, hereby requests that the excess proceeds from a
19 foreclosure sale currently held by the Superior Court of California, Merced County ("Superior Court") be
20 transferred and deposited into this Court's Registry until the parties' claims in this action are resolved.
21 In support thereof, the United States states as follows:
22         1.     On or about August 15, 2005, Plaintiff filed its Petition and Declaration Regarding
23 Unresolved Claims and Deposit of Undistributed Surplus Proceeds of Trustee's Sale (hereinafter,
24 "Complaint"), case no. 148759, in the Superior Court. Plaintiff, in its Complaint, alleges that defendants
25 are potential claimants to surplus proceeds, in the amount of $167,631.01, that were generated after
26 Plaintiff, as trustee, sold certain real property located in Los Banos, California.
27
28                                                                                              1444834.1

2. On September 30, 2005, the United States removed this action from the Superior Court to the United States District Court for the Eastern District of California. The United States removed this action as a matter of right pursuant to 28 U.S.C. §§ 1444 and 2410(a).

3. Since this case has been removed, the excess proceeds should be transferred from the Superior Court and deposited into and held by this Court's Registry until the defendants' claims are resolved.

4. A proposed Order is submitted herewith.

WHEREFORE, the United States prays that the excess proceeds currently held by the Superior Court be ordered transferred and deposited into this Court's Registry.

Respectfully submitted this 2nd day of December, 2005.

                                            McGREGOR W. SCOTT  
                                            United States Attorney

                                            /s/ - Paul Ham  
                                            PAUL S. HAM  
                                            Trial Attorney, Tax Division  
                                            U.S. Department of Justice  
                                            Post Office Box 683  
                                            Ben Franklin Station  
                                            Washington, D.C. 20044  
                                            Telephone: (202) 307-6421  
                                            Facsimile: (202) 307-0054

                                            Attorneys for the United States

[Proposed]

**ORDER**

This Court having read and considered the United States' Request for Transfer And Deposit of Excess Proceeds Into This Court's Registry and good cause being shown,

IT IS HEREBY ORDERED that the Request is granted and the Superior Court of California, Merced County shall transfer and deposit the excess proceeds into this Court's registry as follows:

1. The amount currently held by the Superior Court, $167,631.01 and all accrued interest, in relation to the above-captioned case shall be sent by check to this Court.

2. The check shall be made payable to the United States District Court with the notation "USDC Civil Case No. 1:05-CV-01259-OWW-DLB" and mailed, along with a copy of this Order, to:

Jack L. Wagner, Clerk
United States District Court
Eastern District of California
501 "I" Street
Sacramento, CA 95814

Dated this 13th day of February, 2005.

OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

US' REQUEST       3       1443852.1