McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6421
Facsimile:  (202) 307-0054

Attorneys for Plaintiff, United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTC REAL ESTATE SERVICES,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALL CLAIMANTS TO SURPLUS FUNDS AFTER TRUSTEES SALE ON REAL PROPERTY LOCATED AT 407 WARD ROAD, LOS BANOS, CALIFORNIA 93635,<br><br>　　　　Defendants. | Civil No. 1:05-CV-01259-OWW-DLB<br><br>[Merced County Superior Court Case No. 148759]<br><br>**ORDER** |

　　　Having considered the Stipulated Request to Distribute Funds to the United States and for Remand of this Action to the Superior Court of California for Further Proceedings, the record contain hererin, and good cause being shown, the Request is GRANTED and the Court directs as follows:

　　　1.　　The Clerk of this Court shall distribute $18,476.17 from the interpled funds held by the Court's Registry in relation to this action by sending a check made payable to "**United States Treasury**" with the notation "CTC Real Estate Services v. All Claimants - CMN 2005106344," to:

　　　　　　US Department of Justice
　　　　　　Tax Division, Civil Trial - Western
　　　　　　c/o Paul S. Ham, Trial Attorney
　　　　　　555 4th Street, N.W. Room 7217
　　　　　　Washington DC, 20001

　　　2.　　The United States shall apply the amount described in paragraph 1 against Bill Felton's

ORDER                                        -1-

outstanding federal income tax liabilities, plus penalties and interest, for the 2000 and 2001 tax years.

3. This action is hereby remanded to the Superior Court of California, Merced County for further proceedings; the Clerk of this Court shall send a copy of this Order, the Docket, and a check for the remainder of the interpled funds, $149,154.84 plus any applicable interest, to the Clerk of the Superior Court of California, Merced County, located at 627 W. 21st Street Merced, California 95340.

**IT IS SO ORDERED.**


Dated this __17th___ day of __April_____, 2006.


    /s/ OLIVER W. WANGER
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

ORDER                                                      -2-